# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

MICHAEL J. BROWN,                   :
AIS 186027,
                                    :
    Petitioner,
                                    :
vs.                                         CA 04-0818-BH-C
                                    :
JERRY FARRELL,
                                    :
    Respondent.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 23, 2005, is **ADOPTED** as the opinion of this Court.

**DONE** this 26th day of September, 2005.

                                    s/ W. B. Hand
                            **SENIOR DISTRICT JUDGE**