IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL J. BROWN,                     :
AIS 186027,
                                      :
    Petitioner,
                                      :
vs.                                              CA 04-0818-BH-C
                                      :
JERRY FARRELL,
                                      :
    Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, is due to be **DISMISSED** as time-barred pursuant to 28 U.S.C. § 2244(d).

**DONE** this 26th day of September, 2005.

              s/ W. B. Hand
       **SENIOR DISTRICT JUDGE**